**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6171**

---

RICKY WAYNE CRAVEN,

                                  Petitioner - Appellant,

    versus

ATTORNEY GENERAL OF NORTH CAROLINA; H. W.
FISHER, Superintendent, Davie Correctional
Center,

                                  Respondents - Appellees.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  Paul Trevor Sharp, Magistrate Judge.  (CA-97-637-6)

---

Submitted:  May 14, 1998            Decided:  June 2, 1998

---

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Ricky Wayne Craven, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the magistrate judge's judgment denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998).[*] We have reviewed the record and the magistrate judge's memorandum opinion and order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. Craven v. Attorney General, No. CA-97-637-6 (M.D.N.C. Jan. 6, 1998). To the extent that Appellant raises issues for the first time on appeal, we decline to address those issues. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The parties consented to jurisdiction of the magistrate judge to enter a final order in the case pursuant to 28 U.S.C. § 636(c)(i)(1994).

2